UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM GROSS,<br><br>                              Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 20-CV-4489 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 25, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under case number 20-CV-4340 (CM). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 2, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge